M. P. No. 965. CARL W. FRAZIER v. STATE. Hearing having been held on petition for writ of habeas corpus in Superior Court,

the relief sought by petitioner in his petition for a writ of mandamus has become moot and petition denied. *Carl W. Frazier,* petitioner, pro se. *Donald P. Ryan,* Asst. Attorney General, for respondent.